UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ALACIO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OLD REPUBLIC DEFAULT MANAGEMENT SERVICES; SAXON MORTGAGE SERVICES, INC., AND DOES 1-50, INCLUSIVE,<br><br>　　　　Defendants. | Case No. EDCV 09-0021-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against SAXON MORTGAGE SERVICES, INC. is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: January 29, 2009

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　United States District Judge